**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MOHAMED SIDY DIALLO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-102-KC** |
| | § | |
| **PAMELA BONDI, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On January 29, 2026, the Court granted in part Mohamed Sidy Diallo's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 29, 2026, Order 2–3, ECF No. 6. Respondents have now informed the Court that, on February 3, 2026, an immigration judge held a custody hearing and denied bond, finding that Diallo was a flight risk. Advisory, ECF No. 8.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Jan. 29, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Diallo, through his next friend or otherwise, wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 6th day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE