**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MOHAMED SIDY DIALLO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-102-KC** |
| | § | |
| **PAMELA BONDI, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Diallo's Motion to Reopen Case ("Motion"), ECF No. 12. On January 29, 2026, the Court granted in part Mohamed Sidy Diallo's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 29, 2026, Order 2–3, ECF No. 6. Because Respondents informed the Court that an IJ denied bond, finding Diallo was a flight risk, the Court closed the case. Feb. 6, 2026, Final Judgment, ECF No. 9.

Now, Diallo argues that the IJ had no legitimate basis on which to find that Diallo presents a flight risk. Mot. ¶¶ 4, 8. Thus, Diallo argues, Respondents did not comply with the Court's January 29, 2026, Order, because they failed to meet their burden of justifying his detention by clear and convincing evidence. *Id.* ¶¶ 7, 10–19.

This Court lacks jurisdiction to sit in review of an IJ's discretionary finding that an individual is a flight risk and therefore should be denied bond. *See Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citing 8 U.S.C. § 1226(e)). Diallo asks the Court to

reweigh the evidence and determine that the IJ's flight risk finding is not justified. *See* Mot. ¶¶ 10–19. However, whether the Court agrees with the IJ's flight risk determination is of no importance—the Court simply lacks jurisdiction to review such a discretionary finding.

Accordingly, the Motion, ECF No. 12, is **DENIED**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE